```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:11-CR-00473-GGH
                                 )
12          Plaintiff,           )   Order Dismissing Violation
                                 )
13      v.                       )
                                 )
14  MICHAEL J. EVANS,            )   DATE: December 19, 2011
                                 )   TIME: 9:00 a.m.
15          Defendant.           )   JUDGE: Gregory G. Hollows
    _____)
16
17      It is hereby Ordered that the plaintiff United States of
18  America's Motion to Dismiss the above captioned matter is
19  GRANTED.  The Trial Confirmation Hearing set for December 19,
20  2011 and Jury Trial set for January 9, 2012 are hereby VACATED.
21      IT IS SO ORDERED.
22
23  Dated: December 2,2011
24                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28
```